HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>THOMAS M SIEGFRIED,<br><br>*Defendant,* | Case No. 6:20-po-00688-HBK<br><br>**APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
|---|---|

Defendant Thomas M Siegfried, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

On July 31, 2020 Mr. Siegfried was cited for Disorderly Conduct, and our office has been informed that an additional charge will be forthcoming. The current charge carries a maximum sentence of 6 months in custody or fine. So that both matters may be addressed simultaneously with appointed counsel, the matter has been rescheduled for an initial hearing on February 9, 2021.

Mr. Siegfried submits the attached *Financial Affidavit* as evidence of his inability to retain counsel. Therefore, after reviewing the attached Financial Affidavit it is respectfully recommended that CJA panel counsel be promptly appointed pursuant to 18 U.S.C. § 3006A.

DATED: January 11, 2021             */s/ Eric V Kersten*
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant Thomas M. Siegfried unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **January 11, 2021**        /s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE